■ MENDEL LUSTIG, Respondent, v LONG ISLAND SAVINGS BANK, Respondent, and MARINE MIDLAND BANK, Appellant, et al., Defendants. — Judgment of the Supreme Court, Queens County, entered July 14, 1981, affirmed insofar as appealed from, with one bill of costs, for reasons stated in the opinion of Justice Leviss at Trial Term. Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.